IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-314-WKW |
| | ) | [WO] |
| ELAINE REEVES CONSTRUCTION, INC., ELAINE C. REEVES, RONALD R. REEVES, PAUL D. GREENWELL, and TAMMY L. GREENWELL, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 34.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED;

2. Plaintiff's motion to dismiss (Doc. # 31) is GRANTED; and

3. This action is DISMISSED without prejudice, with all parties bearing their own costs.

A final judgment will be entered separately.

DONE this 8th day of December, 2017.

                                                  /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE